UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-CR-20869-PCH

UNITED STATES OF AMERICA,

    Plaintiff,

v.

REY DE LOS SANTOS,

    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

THIS CAUSE came before the Court upon Magistrate Judge McAliley's Report and Recommendation on Change of Plea [ECF No. 37], which was issued on January 7, 2019. In the Report Recommendation, Magistrate Judge McAliley recommends that the Defendant, Rey de los Santos, be found to have freely and voluntarily entered a plea of guilty to Count 35 of the Superseding Indictment, which charges the Defendant with unlawfully entering the United States after having previously been deported, in violation of Title 8, United States Code, Sections 1326(a) and (b)(2). Magistrate Judge McAliley recommends that the Defendant's guilty plea be accepted, that the Defendant be adjudicated guilty of the offense to which the plea of guilty has been entered, and that a sentencing hearing be conducted for final disposition of this matter. The Defendant and the Government were afforded the opportunity to file objections to the Report and Recommendation, but none were filed. Accordingly, having reviewed the record *de novo*, it is hereby

**ORDERED AND ADJUDGED** that Magistrate Judge McAliley's Report and Recommendation on Change of Plea [ECF No. 37] is adopted and approved in its entirety. The

Defendant's guilty plea is accepted, and he is adjudged guilty of unlawfully entering the United States after having previously been deported, in violation of Title 8, United States Code, Sections 1326(a) and (b)(2). A sentencing hearing will be held before the Honorable Paul C. Huck, at the Wilkie D. Ferguson, Jr. United States Courthouse, 400 North Miami Avenue, 13th Floor, Courtroom 13-2, Miami, Florida, on **Wednesday, March 27, 2019, at 9:00 A.M.**

**DONE AND ORDERED** in Chambers in Miami, Florida, on January 23, 2019.

Paul C. Huck
United States District Judge

**Copies furnished to:**
All Counsel of Record
U.S. Pretrial Services